UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **WERNER AERO SERVICES, LLC.,** *Plaintiff,* v. **PROFESSIONAL TECHNOLOGY REPAIRS,** *Defendant.* | **Civil Action No. 16-8909** **ORDER AND FINAL JUDGMENT** |

**THIS MATTER** having come before the Court by way of Plaintiff Werner Aero Services, LLC's ("Werner") motion for default judgment against Defendant Professional Technology Repairs ("PTR") pursuant to Federal Rule of Civil Procedure 55(b), ECF No. 6;

and for the reasons stated in the accompanying opinion;

**IT IS** on this 22nd day of August, 2017,

**ORDERED** that Plaintiff's motion for default judgment is **GRANTED** in part and **DENIED** in part; and it is

**ORDERED** that judgment is entered against Defendant Professional Technology Repairs for $168,000 in damages;

**ORDERED** that Werner's request for attorneys' fees, costs, and interest is **DENIED**; and it is further

**ORDERED** that Werner may make a renewed application for attorneys' fees, costs and interest by September 22, 2017.

*/s Madeline Cox Arleo*
**MADELINE COX ARLEO**
**UNITED STATES DISTRICT JUDGE**s

1